UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAWAD GHOLAMI, et al.,

Petitioners,

v.

CHRISTOPHER CHESTNUT, et. al.,

Respondents.

No. 1:25-cv-01644-DAD-ICD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 17)

Petitioners, former immigration detainees proceeding with counsel, bring this petition for a writ of habeas corpus under 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On December 16, 2025, the undersigned granted petitioners' motion for a temporary restraining order (Doc. No. 5) in part and ordered petitioners immediate release from immigration detention. (Doc. No. 9.) Thereafter, the undersigned referred the pending petition to the assigned magistrate judge. (Doc. No. 12.) On September 30, 2026, the newly assigned magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted. (Doc. No. 17.) Specifically, the magistrate judge concluded that the petitioners' respective detentions without notice or a pre–deprivation bond hearing violated the Due Process Clause of the Fifth Amendment. (*Id.* at 2) (citing *Padilla v. United States Immigration and Customs Enforcement*, No. 24-2801, 2026 WL 2822044, at *11 (9th Cir. Sept. 21, 2026)).

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.*) No objections to those findings and recommendations have been filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued September 30, 2026 (Doc. No. 17), are adopted in full.
2. Petitioners' petition for writ of habeas corpus (Doc. No. 1), is GRANTED as to petitioners' claims that their re-detention violates due process;
3. Respondents are ENJOINED and RESTRAINED from re-detaining petitioners for any purpose, absent exigent circumstances, without providing petitioners written notice and a pre-detention hearing before a neutral adjudicator; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE